UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Jimmy L Fells<br>    Rebecca A Fells<br>        Debtor(s) | Case No. 12 B 11072 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/20/2012.

2) The plan was confirmed on 06/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Converted on 11/07/2012.

6) Number of months from filing to last payment: 8.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,803.17 |
| Less amount refunded to debtor | $231.00 |
| **NET RECEIPTS:** | **$2,572.17** |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,982.41 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $102.76 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,085.17** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Laboratories | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Allied Business Accounts | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 1,900.00 | 1,821.30 | 1,860.65 | 316.20 | 31.80 |
| Ashro Lifestyle | Unsecured | NA | 127.02 | 127.02 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 210.00 | 210.00 | 0.00 | 0.00 |
| Associated Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Brian J French | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Cash ASAP | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 100.00 | 496.85 | 496.85 | 0.00 | 0.00 |
| City of Hammond, IN | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 2,606.00 | NA | NA | 0.00 | 0.00 |
| Creditors Protection S | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Creditors Protection Service | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CSC Logic | Secured | 4,600.00 | 5,314.77 | 4,600.00 | 139.00 | 0.00 |
| CSC Logic | Unsecured | NA | 714.77 | 714.77 | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 356.72 | 356.72 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 750.00 | 608.64 | 608.64 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 9,100.00 | 9,026.10 | 9,026.10 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,100.00 | 1,153.86 | 1,153.86 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 5.86 | 5.86 | 0.00 | 0.00 |
| J C Penney Co Inc | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,800.00 | 1,751.07 | 1,751.07 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midland Credit Management | Unsecured | 1,100.00 | 1,005.02 | 1,005.02 | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 650.00 | 643.23 | 643.23 | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 210.00 | 272.39 | 272.39 | 0.00 | 0.00 |
| Oaklawn Radiologist | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| Primary Care | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 330.25 | 330.25 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,800.00 | 2,203.05 | 2,203.05 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 100.00 | 97.53 | 97.53 | 0.00 | 0.00 |
| Rock River Water Reclamation | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Rockford Board Of Ed Emp | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Rockford Health Physicians | Unsecured | 200.00 | 1,245.73 | 1,245.73 | 0.00 | 0.00 |
| Rockford Mercantile Agency | Unsecured | 4,800.00 | 8,547.77 | 8,547.77 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Swedish American | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Village of Bedford Park | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,460.65 | $455.20 | $31.80 |
| **TOTAL SECURED:** | **$6,460.65** | **$455.20** | **$31.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,762.50 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,762.50** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,033.36** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,085.17 |
| Disbursements to Creditors | $487.00 |
| **TOTAL DISBURSEMENTS:** | **$2,572.17** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/06/2013 By: /s/ Marilyn O. Marshall
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**